**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

IN RE: BKY NO.: 26-41331 (MAB)
CHAPTER 13

LARRY DWAYNE COOK,

DEBTOR.

---

## ORDER GRANTING MOTION TO DISMISS

---

This matter came before the court on the motion of the State of Minnesota, by its Attorney General, Keith Ellison (the “State”) for an order dismissing the Chapter 13 Case of Larry Dwayne Cook pursuant to 11 U.S.C. § 1307(c)(5) (ECF No. 26) and for a two-year filing bar. Based on the motion, files, records, and the representations of counsel on the record, the Court finds cause to dismiss the case under 11 U.S.C. § 1307(c)(5). The Court does not find a filing bar warranted for the reasons stated on the record.

IT IS ORDERED:

1. This case is dismissed for cause.
2. The remaining relief requested by the State is denied.

Dated: *August 18, 2026*

s/ Mychal A. Bruggeman
Mychal A. Bruggeman
United States Bankruptcy Judge